**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cold Stone Creamery, Inc., ) | No. CV 05-1630 PHX NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Kurt Henriod, et al., ) | |
| Defendants. ) | |

Before the court is plaintiff's Motion for and Memorandum in Support of Attorneys' Fees (doc. #42). No response to the motion has been filed, and the time to respond has expired. Pursuant to LRCiv 7.2(a), defendants' failure to serve the required answering memorandum "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." Pursuant to that rule, the court deems defendants' failure to respond to be a consent to the motion.

IT IS THEREFORE ORDERED that plaintiff's Motion for and Memorandum in Support of Attorneys' Fees (doc. #42) is granted.

IT IS FURTHER ORDERED that the clerk enter judgment in favor of plaintiff Cold Stone Creamery, Inc. and against defendants Kurt Henriod, Linda Henriod, Dean Henriod,

///

///

///

1  and Phyllis Henriod, jointly and severally, in the amount of $19,789.94 for attorneys fees in
2  this action.
3       DATED this 3rd day of November, 2005.

                                                                                       Neil V. Wake
                                                                     United States District Judge